

**CT Corporation**

351 West Camden Street
Baltimore, MD 21201

410 539 2837 tel
410 332 1178 fax
www.ctcorporation.com

December 18, 2013

Verrina Shields
6475 Saddleback Circle,
Memphis, TN 38141

Re: Verrina Shields, secured Party and Living Beneficiary of Her Estate, Pltf. vs. HSBC Bank USA, et al. including Stuart Gulliver, Dfts.

Case No. 132955STADKV

Dear Sir/Madam:

After checking our records and the records of the State of MD, it has been determined that The Corporation Trust Incorporated is not the registered agent for an entity by the name of Stuart Gulliver.

Accordingly, we are returning the documents received from you.

Very truly yours,

The Corporation Trust Incorporated

Log# 524078031

Sent By Regular Mail

cc: Western District of Tennessee United State District Court Western Division
111 S Highland Ave,
Jackson, TN 38301

(Returned To)

Verrina Shields
6475 Saddleback Circle,
Memphis, TN 38141

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

RECEIVED 13 DEC 27 PM 12: 45 THOMAS M GOULD CLERK US DISTRICT COURT WD OF TN MEMPHIS

Verrina Shields
_____
Plaintiff(s)

v.

HSBC Bank USA, NA, ET. AL
_____
Defendant(s)

Civil Action No. 13-2955-STA-dkv

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Stuart Gulliver
C/O The Corporation Trust Incorporated
351 West Camden Street
Baltimore MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Verrina Shields
6425 Saddleback Circle
Memphis Tennessee 38141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/11/13

s/ Cynthia Faulk
*Signature of Clerk or Deputy Clerk*