```
IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF TENNESSEE
              WESTERN DIVISION
```

| | |
|---|---|
| VERRINA SHIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13-2955-ST-dkv |
| | ) |
| HSBC BANK USA, NATIONAL | ) |
| ASSOCIATION; STUART GULLIVER, | ) |
| CEO; BANK OF AMERICA; | ) |
| BRIAN MOYNIHAN, CEO; | ) |
| RUBIN LUBLIN, LLC; MORTGAGE | ) |
| ELECTRONIC REGISTRATION | ) |
| SYSTEMS; and BILL BECKMAN, CEO;) | |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court are Defendant Rubin Lublin, LLC's Motion to Dismiss (D.E. # 6) filed on December 18, 2013; and Defendants HSBC Bank, National Association, Bank of America, and Mortgage Electronic Registration Systems' Motion to Dismiss (D.E. # 12) filed on January 6, 2014. To date Plaintiff Verrina Shields has not responded to either Motion. On March 7, 2014, the United States Magistrate Judge entered a Report and Recommendation (D.E. # 14) that both Motions to Dismiss be granted. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before March 22, 2014. No party has filed objections to the Report and Recommendation within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, Defendants'

1

briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's

Report. Defendants' Motions to Dismiss are **GRANTED**.

    **IT IS SO ORDERED.**

                                    **s/ S. Thomas Anderson**
                                    S. THOMAS ANDERSON
                                    UNITED STATES DISTRICT JUDGE

                                    Date: March 28, 2014.